UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOD TRUBBLE, LLC.,<br><br>        Plaintiff,<br><br>  -against-<br><br>MUSTAFA SAID OZDEMIR,<br><br>        Defendant. | 1:24-cv-07684 (JLR)<br><br>**ORDER** |

**JENNIFER L. ROCHON, United States District Judge:**

  By letter filed November 1, 2024, *see* Dkt. 8, the Court has been advised that the parties in this action have reached a settlement. It is hereby ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs.

  The parties have filed a copy of the Settlement Agreement with the Court on the public docket. Dkt. 8. The Court shall retain jurisdiction over this matter to enforce the parties' Settlement Agreement.

  The Clerk of Court is respectfully requested to CLOSE this case.

Dated: November 4, 2024
    New York, New York

                 SO ORDERED

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge